MICHAEL D. PROUGH (SBN 168741)
mdp@proughlaw.com
DEAN C. BURNICK (SBN 146914)
dcb@proughlaw.com
PROUGH LAW, APC
1550 Parkside Drive, Suite 200
Walnut Creek, CA 94596
Telephone: (925) 433-5894
Facsimile: (925) 482-0929

For Defendants
MT. HAWLEY INSURANCE COMPANY and
RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMINSKIY DESIGN & REMODELING, INC., | Case No. **'25CV0369 RSH DDL** |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | [San Diego County Superior Court Case No.:37-2024-00030024-CU-IC-CTL] |
| MT. HAWLEY INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-50, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. sections 1332, 1441(b)

and 1446(b)(1), defendants Mt. Hawley Insurance Company ("Mt. Hawley") and

RLI Insurance Company ("RLI") (collectively, "Removing Parties") hereby remove

the above-captioned action from the California state court to this Court. In support

of this removal, Removing Parties state the following:

PROUGH LAW, APC

NOTICE OF REMOVAL

1. On January 21, 2025, plaintiff Kaminskiy Design & Remodeling, Inc. served Mt. Hawley and RLI with the Summons and Plaintiff's Complaint for: 1. Breach of Contract; and 2. Breach of the Implied Covenant of Good Faith and Fair Dealing, filed on June 26, 2024 in the Superior Court of the State of California, County of San Diego, No. 37-2024-00030024-CU-IC-CTL.

JURISDICTION

2. The district courts of the United States have original jurisdiction over the state court action under the provisions of 28 U.S.C. §§ 1332(a)(1). Removing Parties may remove the state court action pursuant to the provisions of 28 U.S.C. §§ 1332, 1441(b), and 1446(a) & (b). This is a civil action between citizens of different states wherein the Complaint seeks damages for a total amount in controversy exceeding the sum or value of $75,000, exclusive of interest and costs.

3. At the time of the filing of the complaint and as of the date of the filing of this notice of removal, according to their regulatory filings, the plaintiff Kaminskiy Design & Remodeling, Inc. was and is a corporation organized and existing under the laws of the State of California, with its principal place of business in San Diego, California. Plaintiff is thus a citizen of California.

4. At the time of the filing of the Complaint and as of the date of the filing of this notice of removal, defendant Mt. Hawley was and is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Peoria, Illinois. Mt. Hawley is thus a citizen of the State of Illinois for diversity purposes.

5. At the time of the filing of the Complaint and as of the date of the filing of this notice of removal, defendant RLI was and is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Peoria, Illinois. RLI is thus a citizen of the State of Illinois, for diversity purposes.

6. In the Complaint, plaintiff Kaminskiy Design & Remodeling, Inc.

- 2 -
NOTICE OF REMOVAL

PROUGH LAW, APC

asserts causes of action for breach of contract and breach of the covenant of good faith and faith dealing. In correspondence, Kaminskiy Design & Remodeling, Inc. claims in excess of $171,085 in costs and labor to repair property damage at a residential construction site under a commercial general liability policy issued by Mt. Hawley having a $1 million each occurrence limit of liability. In its Case Management Statement filed with the Superior Court on January 23, 2025, Plaintiff "estimates its damages to be in excess pf $200,000." Among other relief the Complaint seeks compensatory damages, attorneys' fees and costs, punitive and exemplary damages. (Complaint, p.6 (Prayer).)

7.    This is therefore a civil action between citizens of different states and in which citizens or subjects of a foreign state are additional parties wherein the state court complaint seeks damages exceeding the sum or value of $75,000, exclusive of interest and costs.

8.    This Notice of Removal is filed within 30 days of the dates that Mt. Hawley and RLI each first received service. 28 U.S.C. §§ 1446(b)(1). True and correct copies of the pleading in the state court action and all other papers received by Mt. Hawley are attached hereto as Exhibit A. True and correct copies of the pleading in the state court action and all other papers received by RLI are attached hereto as Exhibit B. These documents were first served on Mt. Hawley and RLI on January 21, 2025.

9.    RLI will promptly file a notice of notice of removal, together with a copy of this notice of removal, with the clerk of the Superior Court of the State of California, in and for the County of San Diego, and will serve written notice of the same on plaintiff's counsel of record.

WHEREFORE, Mt. Hawley Insurance Company and RLI Insurance Company hereby gives notice that the state court action is removed in its entirety from the Superior Court of the State of California, in and for the County of San Diego, to the United States District Court for the Southern District of California.

PROUGH LAW, APC

DATED: February 19, 2025                PROUGH LAW, APC


By: /s/*Michael D. Prough*

Attorneys for Defendants
Mt. Hawley Insurance Company and
RLI Insurance Company

PROUGH LAW, APC

NOTICE OF REMOVAL