UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMNSKIY DESIGN & REMODELING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MT. HAWLEY INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:25-cv-00369-RSH-DDL <br><br> **ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

//
//
//
//
//
//
//
//

Having considered the Parties' Stipulation and Joint Motion to Transfer Action, and good cause appearing therefore, this case is hereby transferred to the United States District Court for the Southern District of New York under the terms of the subject insurance contract, 28 U.S.C. Section 1404(a), and *Atlantic Marine Constr. Co. v. U.S. Dist. Court for W. Dist. of Tex.*, 571 U.S. 49 (2013).

**IT IS SO ORDERED.**

DATED:  March 10, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge