UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KAMINSKIY DESIGN & REMODELING, INC.,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY; RLI INSURANCE COMPANY; and DOES 1-50 inclusive<

Defendants.

---------------------------------------------------------------------X

Case No. 1:25-cv-02275-JSR

**STIPULATION TO DISMISS DEFENDANT RLI INSURANCE COMPANY**

Plaintiff Kaminskiy Design & Remodeling, Inc. ("Plaintiff") and defendants Mt. Hawley Insurance Company and RLI Insurance Company ("Defendants") submit the following Stipulation to Dismiss Defendant RLI Insurance Company without prejudice:

STIPULATION

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their attorneys of record herein, hereby Stipulate and Agree to dismiss defendant RLI Insurance Company from this lawsuit without prejudice.

DATED: April 28, 2025

*/s/ Demetrios Lambrinos*

Demetrius Lambrinos (*pro hac vice*)
LAMBRINOS LAW, PC
501 33rd Avenue, No. 406B
San Francisco, CA 94121
demetrios@lambrinoslaw.com
Telephone: (415) 535-7363

Attorneys for Plaintiff
Kaminskiy Design & Remodeling, Inc.

SO ORDERED

[signature]
USDJ
4-29-25