UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KAMINSKIY DESIGN & REMODELING, INC.,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY, RLI INSURANCE COMPANY; AND DOES 1-50 INCLUSIVE,

Defendants.

-----------------------------------------------------------------X

Civil Action No: 1:25-cv-02275-JSR

**STIPULATION**

WHEREAS, Plaintiff Kaminskiy Design & Remodeling, Inc. commenced this lawsuit against Defendants Mt. Hawley Insurance Company and RLI Insurance Company by filing a summons and complaint in the Superior Court of the State of California, San Diego County, on June 26, 2024.

WHEREAS, the lawsuit was removed to the United States District Court for the Southern District of California and then transferred to the United States District Court for the Southern District of New York.

WHEREAS, the complaint alleges that, *inter alia*, Plaintiff was entitled to insurance coverage for a property damage claim arising out of a covered loss that occurred on November 19, 2021;

WHEREAS, Plaintiff has voluntarily dismissed RLI Insurance Company without prejudice from this lawsuit; and

WHEREAS, the Parties are interested in resolving the claims alleged in the Complaint and have negotiated in good faith for that purpose; and

WHEREAS, on June 26, 2025, the Parties notified the Court that they have reached an agreement in principle resolving all issues; and

WHEREAS, no Party to the above-captioned action is an infant or incompetent person;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel as follows:

1. All previously scheduled conferences and other deadlines are cancelled;
2. This case is dismissed with prejudice as to defendants Mt. Hawley Insurance Company and RLI Insurance Company, without costs to either party. The Clerk of Court is respectfully directed to terminate all open motions and to close the case.
3. Within 30 days of this order, either Party may apply to reopen this case. Any request filed after 30 days without a showing of good cause may be denied solely on that basis.

IT IS FURTHER STIPULATED AND AGREED that if the Parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit within the same 30-day period their settlement agreement to the Court.

PLEASE TAKE NOTICE that facsimile and PDF signatures to this Stipulation will be deemed to be originals for all purposes.

Dated: June 27, 2025

**LAMBRINOS LAW, PC**

Demetrius Lambrinos

By: ______________________________

Demetrius Lambrinos
*Attorneys for Plaintiff*
501 33rd Avenue
Suite No. 406-B
San Francisco, CA 94121
demetrius@lambrinoslawpc.com

**CHARTWELL LAW**

By: ______________________________

Matthew Kraus
*Attorneys for Defendants*
One Battery Park Plaza, 7th floor
New York, New York 10004
(212) 785-0757
mkraus@chartwelllaw.com

**SO ORDERED:**

______________________________

USDJ

6-30-25